# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 04-165 consolidated with 03-1547

**EULA GUIDRY ARDOIN, ET AL.**

**VERSUS**

**STINE LUMBER COMPANY, INC., ET AL.**

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2001-004808
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

**********

## ELIZABETH A. PICKETT
## JUDGE

**********

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

## REVERSED IN PART; AFFIRMED IN PART.

Jimmy Simien
Eulis Simien, Jr.
Mark Wayne Simien
Simien & Simien
8923 Bluebonnet Blvd., #200
Baton Rouge, LA 70809
(225) 769-8422
Counsel for Plaintiff/Appellee:
        Jason M. Broussard
        Jason M. Broussard, on behalf of a Putative Nationwide Class
        Eula Guidry Ardoin

Thomas M. Bergstedt
Bergstedt & Mount
1011 Lake Shore Dr., Ste. 200
Lake Charles, LA 70601
(337) 433-3004
Counsel for Defendant/Appellant:
        Arch Wood Protection, Inc.
        Osmose, Inc.
        Arch Chemicals, Inc.

John Stanton Bradford
William Boyce Monk
Stockwell, Sievert, Viccellio, Clements & Shaddock, LLP
P. O. Box 2900
Lake Charles, LA 70602
(337) 436-9491
Counsel for Defendant/Appellant:
    Lowe's Home Center, Inc.
    Home Depot U.S.A., Inc.

Luther F. Cole
Attorney at Law
P. O. Box 4408
Baton Rouge, LA 70821-0000
Counsel for Plaintiff/Appellee:
    Jason M. Broussard
    Eula Guidry Ardoin
    Jason M. Broussard, on behalf of a Putative Nationwide Class

Scott Edward Delacroix
Jeffrey Edward Richardson
Adams and Reese
4500 One Shell Square
New Orleans, LA 70139-0000
(504) 581-3234
Counsel for Defendant/Appellant:
    Osmose, Inc.
    Arch Chemicals, Inc.
    Arch Wood Protection, Inc.

Mark Anthony Delphin
Delphin Law Firm
626 Broad St.
Lake Charles, LA 70601
(337) 439-3939
Counsel for Plaintiff/Appellee:
    Eula Guidry Ardoin
    Jason M. Broussard, on behalf of a Putative Nationwide Class
    Jason M. Broussard

Richard Charles Stanley
Stanley, Flanagan & Reuter
909 Poydras, Ste. 2500
New Orleans, LA 70112
(504) 523-1580
Counsel for Defendant/Appellant:
    Chemical Specialties, Inc.

Hugh Edward McNeely
Attorney at Law
8923 Bluebonnet Blvd, Ste. 200
Baton Rouge, LA 70810
(225) 769-8422
Counsel for Plaintiff/Appellee:
    Jason M. Broussard
    Eula Guidry Ardoin
    Jason M. Broussard, on behalf of a Putative Nationwide Class

Jack C. Watson
Attorney at Law
692 Lakewood Dr.
Lake Charles, LA 70605
(337) 474-3074
Counsel for Plaintiff/Appellee:
    Jason M. Broussard
    Jason M. Broussard, on behalf of a Putative Nationwide Class
    Eula Guidry Ardoin

Bryan Charles Reuter
Jennifer Thornton
W. Raley Alford, III
Stanley, Flanagan & Reuter
909 Poydras, Ste. 2500
New Orleans, LA 70112
(504) 523-1580
Counsel for Defendant/Appellant:
    Chemical Specialties, Inc.

Robb W. Patryk
Nicholas Swerdloff
Renee C. Redman
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000
Counsel for Defendant/Appellant:
    Chemical Specialties, Inc.

Robert L. Shuftan
David A. Kanter
Brent R. Austin
Attorneys at Law
225 W. Wacker Drive, 30th Fl
Chicago, IL 60606-1229
(312) 201-2000
Counsel for Defendant/Appellant:
    Osmose, Inc.
    Arch Chemicals, Inc.
    Arch Wood Protection, Inc.

John P. MacNaughton
Robert P. Alpert
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
(404) 233-7000
Counsel for Defendant/Appellant:
    Home Depot U.S.A., Inc.

Raymond A. Haas
Andrew J. Lewis
David W. Longley
Attorneys at Law
P. O. Box 1700
Tampa, FL 33601
(813) 253-5333
Counsel for Defendant/Appellant:
    Lowe's Home Center, Inc.

**Richard S. Lewis**
**James J. Pizzirusso**
**1100 New York Ave., N.W.**
**Suite 500, West Tower**
**Washington, DC 20005-3964**
**(202) 408-4600**
**Counsel for Plaintiff/Appellee:**
    **Eula Guidry Ardoin**
    **Jason M. Broussard, on behalf of a Putative Nationwide Class**
    **Jason M. Broussard**

**James M. Papantonio**
**Mark J. Proctor**
**Frederick T. Kuykendall, III**
**James M. Messer**
**Troy A. Rafferty**
**Attorneys at Law**
**P. O. Box 12308**
**Pensacola, FL 32581**
**(850) 435-7000**
**Counsel for Plaintiff/Appellee:**
    **Eula Guidry Ardoin**
    **Jason M. Broussard**
    **Jason M. Broussard, on behalf of a Putative Nationwide Class**

**PICKETT, Judge.**

For the reason assigned by this court in *Eula Guidry Ardoin, et al. v. Stine Lumber Company, Inc., et al.*, a published opinion bearing docket number 03-1547, the judgment of the trial court is reversed in part and affirmed in part.

**REVERSED IN PART; AFFIRMED IN PART.**